**Order entered January 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01059-CV

### CRYSTAL ANN HARRIS, Appellant

### V.

### VIRGINIA VANEGAS, Appellee

**On Appeal from the 254th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-11-13821**

## ORDER

We **GRANT** court reporter Tanner Joy Feast's request for extension of time to file the record and **ORDER** the record be filed no later than January 21, 2014. Appellant shall file any amended brief within twenty (20) days from the date of notification of filing of the record and appellee shall file any amended responsive brief within twenty (20) days from the filing of appellant's amended brief. No extensions will be granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE